JOHN W. HUBER, United States Attorney (#7226)
HOLLY R. SHICK, Assistant United States Attorney (#15801)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Holly.Shick@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | Case No. 2:15-CR-670-JNP |
|---|---|---|
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER ON RESTITUTION** |
| | : | |
| | : | |
| LINO PAUL GONZALES, | : | Judge Jill N. Parrish |
| | : | |
| Defendant. | | |

This matter came before the Court for sentencing on April 21, 2016. At that time, the Court left the amount of restitution open to gather more information as to how the parties arrived at their stipulated restitution amount. The Court suggested the parties submit additional briefing on restitution and set the determination of restitution for a further hearing on June 1, 2016. Finally, the Court ordered that the restitution hearing would be stricken if the Court received a written explanation for the parties' agreed upon calculation of restitution before June 1, 2016.

The Court has received the government's Memorandum in Aid of Sentencing Regarding Restitution setting forth the basis for the parties' agreed upon calculation of restitution. The defendant does not oppose the reasoning set forth in the government's memorandum or the calculation. The Court, being advised of the bases for restitution and having concluded there is a factual basis for the restitution sought, hereby ORDERS that the total amount of restitution to be

paid to the victims is $13,700. The Court further ORDERS that the restitution hearing scheduled for June 1, 2016 is stricken.

It is further ORDERED that the Judgment and Commitment Order shall be amended to reflect the agreed upon amount of restitution, and that the United States Probation Office shall determine the payment schedule that will be included in the Order.

SO ORDERED this 27th day of May 2016.

_____
JILL N. PARRISH
UNITED STATES DISTRCT JUDGE